IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TONY LOGAN,**                                                                                          **PLAINTIFF**
**ADC #151781**

**v.**                                    **NO. 4:14CV00191 JLH**

**JEREMY STORY**, *et al*.                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE